O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DOMINIC DEVERON HUNTER,              )        CASE NO. CV 10-05367 GHK (RZ)
                                     )
                    Petitioner,      )
                                     )        ORDER ACCEPTING FINDINGS AND
          vs.                        )        RECOMMENDATIONS OF UNITED
                                     )        STATES MAGISTRATE JUDGE
FRANCISCO JACQUEZ, WARDEN,           )
                                     )
                    Respondent.      )
                                     )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
file, and the Second Report and Recommendation of United States Magistrate Judge.
Further, the Court has engaged in a de novo review of those portions of the Report to which
Petitioner has objected.   The Court accepts the findings and recommendations of the
Magistrate Judge.


        DATED: 5/4/12


                                   _____
                                        GEORGE H. KING
                                   UNITED STATES DISTRICT JUDGE